# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV80 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL S. LUTHER, LAURA DODGE LUTHER, ATELIER PARTNERS, CYCLONE ASSETS, SCOTT J. ESPARZA, BARRY FEINER, GARY FROMM, JOSEPH M. HALLER, as trustee for the Joseph E. Haller Family Trust, RICHARD HIERONS, KLEINWORT BENSON (USA), INC., DRESDNER KLEINWORT HOLDINGS, INC., GERALD C. KORTH, PORTFOLIO RECOVERY ASSOCIATES, LLC, TAG VIRGIN ISLANDS, INC., ACCREDITED COLLECTION SERVICE, INC., and MSW CAPITAL, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Patrick Betterman and the Law Offices of W. Patrick Betterman have moved to withdraw as counsel for Defendant Michael S. Luther. (Filing 99.) In support of this motion, Patrick Betterman represents that he has not been paid for his services in accordance with the terms of his fee agreement with Michael Luther. The Court will grant the motion to withdraw.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (filing 99) is granted.

2.  The Clerk of Court shall terminate the appearances of Patrick Betterman and the Law Offices of W. Patrick Betterman as counsel of record for Michael Luther and shall terminate future notices to Patrick Betterman and the Law Offices of W. Patrick Betterman in this matter.

3.  By or before February 1, 2013, Patrick Betterman shall serve a copy of this Order on Defendant Michael Luther.

4.  By February 4, 2013, Patrick Betterman shall file a certificate of service with the Court showing compliance with Paragraph 3 above.

5.  This matter will be stayed until March 4, 2013, to allow Michael Luther to obtain new counsel. By or before March 4, 2013, Michael Luther shall have new counsel enter an appearance on his behalf or, alternatively, advise the Court that he wishes to proceed pro se.

**DATED January 24, 2013.**

                                      **BY THE COURT:**

                                      **S/ F.A. Gossett**
                                      **United States Magistrate Judge**