# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CV80** |
| | ) | |
| V. | ) | |
| | ) | |
| **MICHAEL S. LUTHER, LAURA DODGE LUTHER, ATELIER PARTNERS, CYCLONE ASSETS, SCOTT J. ESPARZA, BARRY FEINER, GARY FROMM, JOSEPH M. HALLER, as trustee for the Joseph E. Haller Family Trust, RICHARD HIERONS, KLEINWORT BENSON (USA), INC., DRESDNER KLEINWORT HOLDINGS, INC., GERALD C. KORTH, PORTFOLIO RECOVERY ASSOCIATES, LLC, TAG VIRGIN ISLANDS, INC., ACCREDITED COLLECTION SERVICE, INC., and MSW CAPITAL, LLC,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

On April 17, 2013, Defendant Michael Luther filed a Motion for Leave to File Amended Answer and Counterclaim (filing 116). On April 22, 2013, Defendant Laura Dodge Luther filed a Motion for Leave to File First Amended Answer and Counterclaims (filing 117).

Defendants' motions are timely under the Court's progression order (filing 97) and Plaintiff has not responded to either of the motions. Accordingly, the motions will be granted.

**IT IS ORDERED** that Defendant Michael Luther's Motion for Leave to File Amended Answer and Counterclaim (filing 116) and Defendant Laura Dodge Luther's Motion for Leave to File First Amended Answer and Counterclaims (filing 117) are granted. Michael Luther and Laura Dodge Luther shall file their proposed amended answers by or before May 23, 2013.

**DATED May 21, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**