## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV80 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL S. LUTHER, LAURA DODGE LUTHER, ATELIER PARTNERS, CYCLONE ASSETS, SCOTT J. ESPARZA, BARRY FEINER, GARY FROMM, JOSEPH M. HALLER, as trustee for the Joseph E. Haller Family Trust, RICHARD HIERONS, KLEINWORT BENSON (USA), INC., DRESDNER KLEINWORT HOLDINGS, INC., GERALD C. KORTH, PORTFOLIO RECOVERY ASSOCIATES, LLC, TAG VIRGIN ISLANDS, INC., ACCREDITED COLLECTION SERVICE, INC., and MSW CAPITAL, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Patrick Betterman has moved to withdraw as counsel for Defendant Michael Luther. (Filing 181.) Having considered the matter, the Motion will be granted.

Accordingly,

**IT IS ORDERED:**

1.   The Motion to Withdraw as Counsel (filing 181) is granted.

2.   Mr. Betterman shall immediately serve copies of this Order on Michael Luther and thereafter file proof of service showing compliance with this Order, listing

the names and addresses of the persons to whom notice was sent. Mr. Betterman will not be relieved of applicable duties to the Court, Mr. Luther and opposing counsel until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Mr. Luther will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on his behalf. If substitute counsel has not entered a written appearance, Mr. Luther shall file a written notice with the Clerk of the Court of his current address and telephone number within five (5) business days of being served with this Order. Mr. Luther may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, Mr. Luther shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon Mr. Betterman's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate Mr. Betterman's appearance as counsel and cease further notices to him in this matter.

**DATED September 23, 2013.**

                                **BY THE COURT:**

                                S/ F.A. Gossett
                                **United States Magistrate Judge**