IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV80 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL S. LUTHER, LAURA | ) | ORDER |
| DODGE LUTHER, ATELIER | ) | |
| PARTNERS, CYCLONE ASSETS, | ) | |
| SCOTT J. ESPARZA, BARRY | ) | |
| FEINER, GARY FROMM, JOSEPH | ) | |
| M. HALLER, as trustee for the | ) | |
| Joseph E. Haller Family Trust, | ) | |
| RICHARD HIERONS, KLEINWORT | ) | |
| BENSON (USA), INC., DRESDNER | ) | |
| KLEINWORT HOLDINGS, INC., | ) | |
| GERALD C. KORTH, PORTFOLIO | ) | |
| RECOVERY ASSOCIATES, LLC, | ) | |
| TAG VIRGIN ISLANDS, INC., | ) | |
| ACCREDITED COLLECTION | ) | |
| SERVICE, INC., and MSW | ) | |
| CAPITAL, LLC, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the Court on the Joint Motion to Extend Deadlines, Continue Pretrial Conference, and Continue Trial (filing 190). The Motion is granted.

**IT IS ORDERED:**

1. The parties shall mediate this case by or before January 15, 2014.

2. Motions for summary judgment or other dispositive motions shall be filed by January 20, 2014.

3. Pretrial disclosures shall be made no later than March 28, 2014.

4.	Motions in limine shall be filed by or before April 11, 2014.

5.	The Final Pretrial Conference with the undersigned Magistrate Judge is set for May 19, 2014 at 9:30 a.m., in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

6.	A non-jury trial is set to commence, at the Court's call, during the week of June 17, 2014, in Omaha, Nebraska, before the Honorable Laurie Smith Camp, Chief United States District Judge.

**DATED November 19, 2013.**

> **BY THE COURT:**
>
> **S/ F.A. Gossett**
> **United States Magistrate Judge**