IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MICHAEL S. LUTHER, LAURA DODGE LUTHER,  ATELIER PARTNERS, CYCLONE ASSETS, SCOTT J. ESPARZA, BARRY FEINER, GARY FROMM, JOSEPH M. HALLER, as trustee for the Joseph E. Haller Family Trust, KLEINWORT BENSON (USA), INC., DRESDNER KLEINWORT HOLDINGS, INC., GERALD C. KORTH,  PORTFOLIO RECOVERY ASSOCIATES, LLC,  TAG VIRGIN ISLANDS, INC.,  ACCREDITED COLLECTION SERVICE, INC.,  MSW CAPITAL, LLC,<br><br>                    Defendants. | **CASE NO.  8:12CV80**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff United States of America, Defendant Michael S. Luther, and Defendant Laura Dodge Luther's (collectively the "Stipulating Parties") Stipulation and Joint Motion to Dismiss with Prejudice (Filing No. 218). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds that the dismissal should be approved and that all claims and counterclaims between the Stipulating Parties should be dismissed with prejudice. This Order of Dismissal does not apply to any remaining claims in the above-captioned matter asserted by parties other than the Stipulating Parties. The Stipulating Parties will pay their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation and Joint Motion to Dismiss with Prejudice (Filing No. 218) is approved;

2. All claims and counterclaims between the Stipulating Parties in the above-captioned matter are dismissed with prejudice; and

3. The Stipulating Parties will pay their own costs and attorney's fees.

Dated this 1st day of April, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge